O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG BOY FRANCHISE MANAGEMENT, LLC, a Michigan limited liability company; BIG BOY RESTAURANTS INTERNATIONAL, LLC, a Michigan limited liability company,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SLEEPY HOLLOW ENTERPRISES, LLC, a California limited liability company; MATTHEW PIKE; ANGELA PIKE; NOAH PIKE,<br><br>　　　　Defendants.<br>_____ | Case No. CV 12-07368 DDP (VBKx)<br><br>**ORDER SETTING HEARING DATE AND REQUIRING SERVICE FOR PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>[Docket No. 5] |

　　　Presently before the court is Plaintiffs' Ex Parte Application for Temporary Restraining Order ("Application").

　　　The Application is hereby set for hearing on Monday, September 10, at 11:30 a.m., unless the parties can mutually agree on a later date by stipulation filed with this court.

　　　Plaintiffs shall serve Defendants with the Complaint, Application, all supporting documents, and a copy of this Order, by

no later than 5:00 p.m., on Tuesday, September 4, 2012. Defendants shall serve and file any Opposition by no later than Thursday, September 7, 2012. Plaintiffs shall serve and file any reply by no later than Friday, September 8, 2012.

IT IS SO ORDERED.

Dated: August 31, 2012

DEAN D. PREGERSON
United States District Judge

2