E. Paul Dougherty, Jr. (State Bar No. 182138)
Darren Le Montree (State Bar No. 198715)
Robert M. Anderson (State Bar No. 075698)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
555 S. Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:(213) 624-3044
Facsimile: (213) 624-8060
Attorneys for Plaintiffs, BIG BOY FRANCHISE
MANAGEMENT, LLC, and BIG BOY RESTAURANTS
INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG BOY FRANCHISE MANAGEMENT, LLC, a Michigan limited liability company; BIG BOY RESTAURANTS INTERNATIONAL, LLC, a Michigan limited liability company, <br><br>                              Plaintiffs, <br><br> v. <br><br> SLEEPY HOLLOW ENTERPRISES, LLC, a California limited liability company; MATTHEW PIKE; ANGELA PIKE; NOAH PIKE, <br><br>                              Defendants. | Case No. CV12-07368 DDP (VBKx) <br><br> **PRELIMINARY INJUNCTION ORDER** <br><br> [Dkt. No. 5] |

Pursuant to the stipulation to preliminary injunction order entered into by and between plaintiffs, Big Boy Franchise Management, LLC (BBFM") and Big Boy Restaurants International, LLC ("BBRI"), and defendants, Sleepy Hollow

1

Error! Unknown document property name.

Enterprises, LLC, Matthew Pike, Angela Pike, and Noah Pike, in the above-entitled action,

IT IS HEREBY ORDERED that defendants Sleepy Hollow Enterprises, LLC, Matthew Pike, Angela Pike, and Noah Pike, within ten (10) days following service of this preliminary injunction order upon them, are enjoined, and shall cease and desist, from using in any manner whatsoever the Big Boy trademarks registered on the Principal Register of the United States Patent Office, which provide brand identity for the Big Boy® system, including but not limited to the following trademarks:  (1) United States registered trademark number 913,601 ("Big Boy"); (2) United States registered trademark number 1,230,170 ("Bob's Big Boy"); (3) United States registered trademark number 910,758 (standing Big Boy design); and (4) United States registered trademark number 1,230,570 ("Bob's Big Boy Restaurants").

IT IS HEREBY FURTHER ORDERED that plaintiffs, BBFM and BBRI, shall not serve this preliminary injunction order on defendants and will dismiss this action with prejudice by October 31, 2012, so long as the defendants comply with the following conditions:

1.  Defendants shall pay to the plaintiffs by October 26, 2012, the arrearages due on the Barstow Restaurant (Unit No. 1015) in the amount of eighteen thousand nine hundred ninety-four dollars and eighty-one cents ($18,994.81).

2.  Defendants shall pay to the plaintiffs by October 26, 2012, the arrearages due on the Baker Restaurant (Unit No. 1016) in the amount of twenty-eight thousand four hundred thirty-eight dollars and twenty-two cents ($28,438.22)..

3.  Defendants shall pay to the plaintiffs by October 26, 2012, the sum of twenty-eight thousand two hundred thirty dollars and eighty cents ($28,230.80) representing the attorneys' fees and costs incurred through September 24, 2012, by the plaintiffs in connection with this matter in the amount of twenty-five thousand

Error! Unknown document property name.

seven hundred thirty dollars and eighty cents ($25,730.80) plus an additional two thousand five hundred dollars ($2,500.00) to cover future estimated attorneys' fees.

4.   Defendants shall remain current on all royalty payments coming due and shall timely pay all royalty payments on their due date as required under the subject franchise agreements for the Barstow and Baker Restaurants.

IT IS HEREBY FURTHER ORDERED that if the defendants fail to timely make any of the payments set forth above, then the plaintiffs can serve this injunction order on the defendants without further notice by serving defendants' counsel, Milford W. Dahl, Jr., of the law firm of Rutan & Tucker LLP, with the injunction order via e-mail and federal express mail and service will be deemed effective on the date that the e-mail and federal express mail are sent.  Within ten (10) days following service of this preliminary injunction order upon the defendants as set forth herein, defendants will be enjoined, and shall cease and desist, from using in any manner whatsoever the Big Boy trademarks registered on the Principal Register of the United States Patent Office, which provide brand identity for the Big Boy® system, including but not limited to the following trademarks:  (1) United States registered trademark number 913,601 ("Big Boy"); (2) United States registered trademark number 1,230,170 ("Bob's Big Boy"); (3) United States registered trademark number 910,758 (standing Big Boy design); and (4) United States registered trademark number 1,230,570 ("Bob's Big Boy Restaurants").

IT IS HEREBY FURTHER ORDERED that no bond or undertaking is required and has been waived by the defendants.

Dated:  October 11, 2012

Dean D. Pregerson
United States District Judge

Error! Unknown document property name.